```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | | |
|---|---|---|
| RICHARD M. CHUDACOFF, M.D., | ) | 2:08-cv-00863-ECR-RJJ |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: July 22, 2011 |
| | ) | |
| UNIVERSITY MEDICAL CENTER OF | ) | |
| SOUTHERN NEVADA, et. al. | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN        Reporter:    NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)            NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    Plaintiff's motion to reconsider costs (#245) is hereby **DENIED** as moot without prejudice in light of Plaintiff's successful appeal in this case.


                                                           LANCE S. WILSON, CLERK

                                                           By         /s/
                                                                Deputy Clerk