UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICHARD CHUDACOFF, MD,

    Plaintiff,

vs.

UNIVERSITY MEDICAL CENTER, et al.,

    Defendant,

2:08-cv-863-ECR-RJJ

**O R D E R**

IT IS HEREBY ORDERED that the Courts's Order (#328) is amended to reflect the following corrections:

1. Heather S. Hall, Esq. is counsel for Drs. Carrison, Ellerton, Bernstein and Roberts, not UMC and the Board of Trustees.

2. The firm name for physicians' counsel is corrected to: Mandelbaum, Ellerton & McBride.

3. Defendant Donald Roberts, M.D. was present at the settlement conference held on November 17, 2011.

4. Individual parties were not required to be present at the hearings scheduled for Dec. 7, 2011.

DATED this __7th__ day of December, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge