1

2

3

4

5

6                              UNITED STATES DISTRICT COURT

7                                    DISTRICT OF NEVADA

8                                            * * *

9    RICHARD CHUDACOFF, M.D.,           )
                                        )
10               Plaintiff,             )         208-863-ECR:-RJJ
                                        )
11   vs.                                )
                                        )
12   UNIVERSITY MEDICAL CENTER OF       )              O R D E R
     SOUTHERN NEVADA, *et al.*,         )
13                                      )
                 Defendant,             )
14   _____)

15          This matter is before the undersigned Magistrate Judge on Plaintiff's Second Motion to

16   Compel Discovery (#333).

17          The Court having reviewed the Motion (#333), the Opposition (#341), and the Reply

18   (#345), and good cause appearing therefore,

19          IT IS HEREBY ORDERED that Plaintiff's Second Motion to Compel Discovery (#333)

20   is GRANTED IN PART and DENIED IN PART.

21          IT IS FURTHER ORDERED that Plaintiff's Second Motion to Compel Discovery (#333)

22   is granted to the extent that information requested is within the two categories authorized by the

23   District Court Judge when discovery was reopened. See, Order (#302).

24          IT IS FURTHER ORDERED that Plaintiff's Second Motion to Compel Discovery (#333)

25   is denied as to any other discovery sought that is outside the authorized categories.

26          IT IS FURTHER ORDERED that defense counsel is advised that a supplement to Fed. R.

27   Civ. P. (a)(1) disclosures is not a substitute for appropriate responses to written discovery

28   responses.

1    IT IS FURTHER ORDERED that no sanctions are appropriate.

2    DATED this  _22d_  day of March, 2012.

3

4

5

6                                                    _____
                                                     ROBERT J. JOHNSTON
7                                                    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28