**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| RICHARD M. CHUDACOFF, M.D., | 2:08-cv-00863-ECR-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et. al. | |
| Defendants. | |

This matter came before the Court on Plaintiff's fully briefed Motion to Strike Defendants' Noncompliant Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and Other Related Discovery Sanctions (#386).

The Court intends to reopen discovery, which will cure any perceived prejudice to the Plaintiff and allow the Parties to prepare the case for trial on the merits.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Strike Defendants' Noncompliant Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and Other Related Discovery Sanctions (#386) is DENIED.

DATED this 28th day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge