# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD M. CHUDACOFF, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et. al. <br><br> Defendants. | 2:08-cv-00863-ECR-RJJ <br><br> **ORDER** |

This matter came before the Court on Plaintiff's Motion to Strike Defendant's Expert Reports (#379). The Court has considered the Motion (#379), Defendants' Response (#412), and Plaintiff's Reply (#431).

Plaintiff seeks an order striking Defendants' expert disclosures. The Plaintiff points out alleged deficiencies in the disclosures and reports regarding Fred Howard, M.D., David Reudich, M.D., William Ginsberg, Esq. And Robert Bills. Any harm caused by the delay in disclosure of experts is cured by the continuing proceedings in this case, which allows time for the Defendants to cure any alleged deficiencies in the reports and further, allows the Plaintiff time to respond, as deemed appropriate. No sanctions are awarded any party.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Strike Defendants' Expert Reports (#379) is DENIED.

DATED this 28th day of September, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge