# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

RICHARD M. CHUDACOFF, M.D.,

Plaintiff,

vs.

UNIVERSITY MEDICAL CENTER OF
SOUTHERN NEVADA, et. al.

Defendants.

2:08-cv-00863-ECR-RJJ

**ORDER**

This matter came before the Court on Plaintiff's Motion for Protective Order (#362) and Motion to Quash (#365).   The Court has considered Plaintiff's Motions (#362 and #365), Defendants' Response (#368), and Plaintiff's Replies (#383 and #383).

Plaintiff has filed a motion for protective order(#362) and Motion to Quash (#365) in regard to the Defendants' attempt to take the deposition of Ronit Chudacoff, Plaintiff's wife and practice manager.  The timeliness argument melts away in light of the Court's intent to extend discovery. Any privilege objections can be raised in accordance with Fed. R. Civ. P. 30.  This procedure will allow the parties to fully prepare the case for trial on the merits.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Protective Order (#362) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Quash (#365) is DENIED.

DATED this 28th day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge