**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RICHARD M. CHUDACOFF, M.D., | 2:08-cv-00863-ECR-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et. al. | |
| Defendants. | |

This matter came before the Court on Plaintiff's Motion for Sanctions (#363). This Motion relates to the Defendants' effort to take the deposition of Rnodit Chudacoff. In light of the Court's ruling on Motions #362 and Quash #365, Plaintiff's Motion for Sanctions (#363) is denied.

**IT IS SO ORDERED.**

DATED this 28th day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge