# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD M. CHUDACOFF, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et. al.<br><br>Defendants. | 2:08-cv-00863-ECR-RJJ<br><br>**ORDER** |

This matter came before the Court on Plaintiff's Motion for Protective Order (#357). The Court has considered Plaintiff's Motion (#357) Defendants' Response (#367) and Plaintiff's Reply (#381).

Plaintiff seeks a protective order regarding Defendants' attempt to take several depositions. The motion is predicated on Plaintiff's claim that inadequate time exists for taking the scheduled depositions. The court intends to extend the discovery period to allow the parties to prepare fully for a trial on the merits in this case. Any claim of harm or prejudice to the Plaintiff is obviated.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Protective Order (#357) is DENIED.

DATED this 28th day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge