# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD M. CHUDACOFF, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et. al.<br><br>Defendants. | 2:08-cv-00863-ECR-RJJ<br><br>**ORDER** |

This matter came before the Court on Plaintiff's Motion to Compel (#359). The Court has considered Plaintiff's Motion (#359), Defendants' Responses (#375 and #377) and Plaintiff's Reply (#388).

This Motion to Compel (#359) seeks further deposition of Shana Tello at the expense of the Defendants. Plaintiff's first request for a second or continued deposition of Shana Tello is granted and should proceed consistent with the Court's Order (#570). Plaintiff's request for sanctions, including the request for Defendants to pay the cost of a second deposition is denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Compel (#359) is GRANTED in part and DENIED in part.

**IT IS FURTHER ORDERED** that Plaintiff's first request for a second or continued deposition of Shana Tello is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's request for sanctions, including the request for Defendants to pay the cost of a second deposition is DENIED.

DATED this 28th day of September, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge