1
2
3
4
5                           UNITED STATES DISTRICT COURT
6                               DISTRICT OF NEVADA
7
8    RICHARD CHUDACOFF,                  )
                                         )
9                    Plaintiff,          )        Case No. 2:08-cv-00863-RCJ-GWF
                                         )
10   vs.                                 )        **ORDER**
                                         )
11                                       )        Motion for Status Conference (#591)
     UNIVERSITY MEDICAL CENTER, *et al.*,)
12                                       )
                     Defendants.         )
13   _____)

14          This matter comes before the Court on Plaintiff Richard Chudacoff's Motion for a Status

15   Conference (#591), filed on November 28, 2012.  Defendants Medical and Dental Staff of

16   University Medical Center, John Ellerton, Marvin Bernstein, Dale Carrison, and Donald Roberts

17   filed a Notice of Non-Opposition (#595) to the Motion on December 14, 2012.  Defendants

18   University Medical Center of Southern Nevada and the Board of Trustees of University Medical

19   Center filed a Joinder (#596) to the Non-Opposition (#595) on December 14, 2012.  No oppositions

20   to the Motion (#591) have been filed, and the time to file oppositions has now expired.  This case

21   was reassigned to this Court on December 3, 2012 (#594).

22          There are currently 33 fully-briefed motions pending before this Court and the District

23   Judge.  The following motions will be before this Court: Order to Show Cause (#328), Plaintiff's

24   Emergency Motion for Protective Order (#372), Plaintiff's Motion for Sanctions (#373), Plaintiff's

25   Emergency Motion to Compel Discovery (#441), Plaintiff's Motion for Hearing (#442) regarding

26   Motion (#441), Plaintiff's Motion for Sanctions (#443), Defendants' Motion for Protective Order

27   (#453), Defendants' Emergency Motion to Stay Discovery (#517), Defendants' Motion to Extend

28   Discovery (#518), Plaintiff's Emergency Motion for a Protective Order (#525) regarding Letter

(#524), Defendants' Motion to Seal Subpoena (#541), Defendants' Motion to Strike Doc. #525 (#542), Defendants' Motion for Leave to Take More than Ten Depositions (#544), Defendants' Motion for Additional Time to Depose Plaintiff (#546), Defendants' Emergency Motion to Compel (#547), Plaintiff's Motion for Protective Order (#552), and Defendants' Motion for Sanctions (#560).  The preceding motions have been fully briefed for as long as one year.  Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for a Status Conference (#591) is granted.

IT IS FURTHER ORDERED that a status conference will be held on **January 15, 2013 at 9:30 AM in Courtroom 3A** on the following Motions: #328, #372, #373, #441, #442, #443, #453, #517, #518, #525, #541, #542, #544, #546, #547, #552, and #560.

DATED this 19th day of December, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge