UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD CHUDACOFF, ) | |
| ) Plaintiff, ) | Case No. 2:08-cv-00863-RCJ-GWF |
| ) vs. ) | **ORDER** |
| ) UNIVERSITY MEDICAL CENTER, *et al.*, ) ) | Motion to Seal (#541); Motion to Strike (#542) |
| ) Defendants. ) | |

      These matters come before the Court on Defendants' Motion to Seal Subpoenas (#541), filed on August 26, 2012, and Defendants' Motion to Strike (#542), filed on August 27, 2012. Plaintiff filed a Notice of Non-Opposition (#556) to the Motion to Seal (#541) on September 13, 2012. Plaintiff filed a Response (#554) to the Motion to Strike (#542) on September 13, 2012. Defendants filed a Reply (#563) to the Response (#554) on September 19, 2012.

      Defendants move to seal the Subpoenas Returned Executed (#539, #540) because they contain Plaintiff's social-security number. Plaintiff does not oppose the Motion. Under Federal Rule of Civil Procedure 5.2(d), the Court may seal documents that contain an individual's social-security number. The Court finds, however, that the balance of the subject documents' content should remain a part of the public record. Therefore, the Court will seal the documents (#539, #540), and order Defendants to re-file them with Plaintiff's social-security number redacted according to Rule 5.2(a).

      Defendants also move to strike Plaintiff's Motion for Protective Order (#525). Under Local Rule 7-5(d), an emergency motion must be accompanied by a sworn affidavit (1) setting forth the nature of the emergency, (2) certifying that the movant made a sincere effort to resolve the dispute

without court action, and (3) detailing when and how the other party was notified of the motion. Plaintiff drafted his Motion (#525) in the form of a letter. Defendants argue that because the Motion was not accompanied by an affidavit as specified under LR 7-5(d), it should be stricken. The Court agrees that Plaintiff's Motion for Protective Order (#525) is deficient under the Local Rules. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Seal Document #539 and Document #540 (#541) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall seal Subpoena Returned Executed (#539) and Subpoena Returned Executed (#540).

**IT IS FURTHER ORDERED** that Defendants shall re-file the executed subpoenas (#539, #540) with Plaintiff's social-security number properly redacted under F.R.C.P. 5.2.

**IT IS FURTHER ORDERED** that Defendants' Motion to Strike Plaintiff's Emergency Letter Motion for Protective Order (#542) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff's Emergency Motion for Protective Order (#525) be **stricken**.

DATED this 11th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge