# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD CHUDACOFF, | |
|     Plaintiff, | Case No. 2:08-cv-00863-RCJ-GWF |
| vs. | **ORDER** |
| UNIVERSITY MEDICAL CENTER, *et al.*, | |
|     Defendants. | |

      This matter comes before the Court on Defendants' Motion for Protective Order (#453), Defendants' Motion to Extend Discovery (#518), Defendants' Motion for Leave to Take More than Ten Depositions (#544), Defendants' Motion for Additional Time to Depose Plaintiff (#546), Defendants' Emergency Motion to Compel (#547), and Plaintiff's Motion for Protective Order (#552) ("Discovery Motions"). All of the motions are fully briefed.

      On January 17, 2013, the Court conducted a Status Conference on the above Discovery Motions and the following matters: Order to Show Cause (#328), Plaintiff's Emergency Motion for Protective Order (#372), Plaintiff's Motion for Sanctions (#373), Plaintiff's Emergency Motion to Compel Discovery (#441), Plaintiff's Motion for Sanctions (#443), Defendants' Emergency Motion to Stay Discovery (#517), and Defendants' Motion for Sanctions (#560). At the hearing, the Court denied Plaintiff's Motion for Protective Order (#372), granted Plaintiff's Motion to Compel Discovery (#441), and granted Defendants' Emergency Motion to Stay Discovery (#517) pending resolution of Defendants' Motion to Dismiss (#545). *See Minutes of Proceedings, Doc. #603*. The Court takes the Motions for Sanctions (#373, #443, #560) and the Order to Show Cause (#328) under submission. In light of the stay this Court imposed pending resolution of Defendants'

Motion to Dismiss (#545), the Court will deny the Discovery Motions without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Protective Order (#453) is **denied** without prejudice.

**IT IS FURTHER ORDERED** that Defendants' Motion to Extend Discovery (#518) is **denied** without prejudice.

**IT IS FURTHER ORDERED** that Defendants' Motion for Leave to Take More than Ten Depositions (#544) is **denied** without prejudice.

**IT IS FURTHER ORDERED** that Defendants' Motion for Additional Time to Depose Plaintiff (#546) is **denied** without prejudice.

**IT IS FURTHER ORDERED** that Defendants' Emergency Motion to Compel (#547) is **denied** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Protective Order (#552) is **denied** without prejudice.

**IT IS FURTHER ORDERED** that the Parties may appropriately renew the above Discovery Motions, if necessary, after the District Court's ruling on Defendants' Motion to Dismiss (#545).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Hearing re: Motion to Compel (#442) is **denied** as moot.

DATED this 28th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge