1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| RICHARD CHUDACOFF, | ) | Case No. 2:08-cv-00863-RCJ-GWF |
|  | ) |  |
| Plaintiff, | ) | **ORDER ENTERING** |
|  | ) | **TEMPORARY PROTECTIVE** |
| vs. | ) | **ORDER** |
|  | ) |  |
| UNIVERSITY MEDICAL CENTER, *et al.*, | ) | Re: Emergency Motion to Enforce |
|  | ) | Amended Stipulated Protective |
| Defendants. | ) | Order (#609) |
|  | ) |  |

This matter is before the Court on Defendants' Emergency Motion to Enforce Amended Stipulated Protective Order and to Strike Notice of Plaintiff's Withdrawal of Consent (#609), filed on January 25, 2013. Plaintiff has not yet filed a response to this Motion. The Court enters this order to preserve or reinstate the status quo in this action regarding the disclosure of Defendants' personal financial information, pending a final ruling on Defendant's motion.

On July 25, 2012, the parties, including Plaintiff's counsel, entered into an Amended Stipulated Protective Order (#507) which provided that "[t]he production of financial information by the Physician Defendants is for counsels' eyes only and is not to be shared or distributed to others, including the Plaintiff in this case and any other non-disclosing party in this case." The Amended Stipulated Protective Order (#507) was not signed by the Court. The undersigned is not aware that Magistrate Judge Johnston or the District Judge made any affirmative decision not to sign and enter the amended stipulated protective order, which appears to be consistent with Magistrate Judge Johnston's oral instructions to the parties on April 25, 2012. *Emergency Motion (#609), Exhibit C.* Accordingly,

. . .

1      **IT IS HEREBY ORDERED** that Amended Stipulated Protective Order (#507), filed with

2  the Court on July 25, 2012 is hereby adopted by the Court pending the final decision on this matter.

3      **IT IS FURTHER ORDERED** that Plaintiff's counsel shall not disclose any of the

4  financial information produced by Defendants' counsel on or about January 24, 2013 to any other

5  person until the Court issues a final decision on Defendants' Emergency Motion to Enforce

6  Amended Stipulated Protective Order and to Strike Notice of Plaintiff's Withdrawal of Consent

7  (#609).

8      **IT IS FURTHER ORDERED** that if Plaintiff's counsel has provided copies of

9  Defendants' financial information to any other persons, he shall immediately retrieve all such

10  copies and provide written certification that he has done so to the Court on or before February 1,

11  2013 at 5:00 P.M.

12      **IT IS FURTHER ORDERED** that Plaintiff's shall respond to the motion in the ordinary

13  course and the Court hereby sets a hearing on this matter for **Wednesday, February 27, 2013 at**

14  **10:00 a.m.**

15      DATED this 29th day of January, 2013.

16

17                            _George Foley Jr._

18                    GEORGE FOLEY, JR.
                       United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28