**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RICHARD CHUDACOFF, | ) | |
| Plaintiff, | ) ) | Case No. 2:08-cv-00863-RCJ-GWF |
| vs. | ) ) | **ORDER** |
| UNIVERSITY MEDICAL CENTER, *et al.*, | ) ) | Renewed Motion for Order to Show Cause (#620) |
| Defendants. | ) ) | |

This matter comes before the Court on Plaintiff's Renewed Motion for Order to Show Cause (#620) why Defendants should not be sanctioned for failing to comply with the Court's Order granting Plaintiff's Motion to Compel (#441), filed on February 8, 2013. The Court granted the Motion to Compel (#441) at the January 17, 2013 hearing. *See Minutes of Proceedings, Doc. #603*. Arguing Defendants' subsequent discovery responses were inadequate, Plaintiff filed a Motion for Order to Show Cause (#606) on January 24, 2013, which the Court denied. *See February 1, 2013 Order, Doc. #615*. The Court instructed Plaintiff that in the event Defendants fail to comply with the requirements of the February 1 Order (#615), Plaintiff should file a written request for a hearing regarding the dispute prior to filing any motions. *See id.* at 10:23-11:2. Plaintiff now contends that Defendants' supplemental responses are still insufficient. The proper recourse in accordance with the Court's Order (#615), however, is to file a written request for a hearing. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Renewed Motion for Order to Show Cause (#620) is **stricken.**

...

**IT IS FURTHER ORDERED** that the Parties shall meet and confer regarding the dispute over Defendants' supplemental discovery responses no later than **Friday, February 15, 2013**.

**IT IS FURTHER ORDERED** that, in the event the dispute cannot be resolved, Plaintiff shall file a written request for a hearing before filing any motions in accordance with the Court's February 1, 2013 Order (#615).

DATED this 14th day of February, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge