JACOB L. HAFTER, ESQ.
Nevada State Bar No. 9303
**HAFTERLAW**
911 N. Buffalo Drive, Ste 209
Las Vegas, Nevada 89128
Tel: (702) 405-6700
Fax: (702) 685-4184

Attorneys for Plaintiff
RICHARD CHUDACOFF, M.D.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD M. CHUDACOFF, M.D., | Case No.: 2:08-cv-00863-RCJ-GWF |
| Plaintiff, | |
| vs. | |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a political subdivision of Clark County, State of Nevada, et. al. | **NOTICE OF APPEAL** |
| Defendants. | |

COMES NOW, Plaintiff RICHARD CHUDACOFF, M.D., (hereinafter, "Plaintiff") by and through his counsel, Jacob L. Hafter, Esq., of **HAFTERLAW**, and hereby files this Notice of Appeal, putting all parties on notice that Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Ninth Circuit the granting of absolute immunity to all Defendants in the Court's order entered on June 21, 2013 (Document 669). As the Order on appeal extinguishes all of Dr. Chudacoff's claims under 42 U.S.C. §1983, Dr. Chudacoff also appeals the denial of interim attorneys' fees which was made by the Court on October 21, 2011 (Document 302).

Plaintiff has jurisdiction to appeal pursuant to the district court's granting of Plaintiff's request to enter final judgment in favor of various defendants as to the §1983 claims pursuant to Rule 54(b). (Document 715).

///

911 North Buffalo Drive, Suite 209
Las Vegas, Nevada 89128
(702) 405-6700 Telephone
(702) 685-4184 Facsimile

Dated this 3rd day of November, 2013.

**HAFTERLAW**

By: _____

JACOB L. HAFTER, ESQ.
Nevada Bar Number 9303
911 N. Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Attorneys for Plaintiff

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

911 North Buffalo Drive, Suite 209
Las Vegas, Nevada 89128
(702) 405-6700 Telephone
(702) 685-4184 Facsimile

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

911 North Buffalo Drive, Suite 209
Las Vegas, Nevada 89128
(702) 405-6700 Telephone
(702) 685-4184 Facsimile

HAFTERLAW

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of November, 2013, I, personally, did electronically transmit the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on the following CM/ECF registrants:

KIM I. MANDELBAUM, ESQ.
Mandelbaum & Schwarz, LTD
2012 Hamilton Lane
Las Vegas, Nevada 89106

LYNN HANSEN, ESQ.
Jimmerson Hansen
415 S. Sixth Street, Suite 100
Las Vegas, Nevada 89101

SCOTT COOK, ESQ.
Kolesar and Leatham
400 South Rampart, Suite 400
Las Vegas, Nevada 89145

HAROLD GEWERTER, ESQ.
5536 S. Fort Apache Road, Suite 102
Las Vegas, NV 89148

WALTER R. CANNON, ESQ.
Olsen, Cannon, Gormley & Desruisseaux
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129

_____
Jacob L. Hafter, Esq