SCOTT R. COOK, ESQ.
Nevada Bar No. 005265
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    scook@klnevada.com
           rpetersen@klnevada.com

Attorneys for Defendant
*University Medical Center for Southern Nevada*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD M. CHUDACOFF, M.D., | CASE NO. 2:08-cv-00863-RCJ-GWF |
| Plaintiff, | CONSOLIDATED WITH:<br>CASE NO. 2:09-cv-01679-RCJ-GWF |
| vs. | |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a political subdivision of Clark County, State of Nevada; STEVE SISOLAK, BRUCE L. WOODBURY; TOM COLLINS; LARRY BROWN; CHIP MAXFIELD; LAWRENCE WEEKLY; CHRIS GIUNCHIGLIANI; SUSAN BRAGER; and RORY REID, Clark County Commissioners, ex-officio, the Board of Trustees of UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; KATHLEEN SILVER, an individual; THE MEDICAL AND DENTAL STAFF OF THE UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, an independent subdivision of University Medical Center of Southern Nevada; JOHN ELLERTON, M.D., an individual; MARVIN J. BERNSTEIN, M.D., an individual; DALE CARRISON, M.D., an individual; DONALD ROBERTS, M.D., an individual; PAUL D. BANDT, M.D., an individual; JIM CHRISTENSEN, M.D., an individual; JOHN FILDES, an individual; CHARLES BLOOM, M.D., an individual; MARIETTA NELSON, M.D., an individual; KSHAMA DAPHTARY, M.D., an individual; JOHN ONYEMA, M.D., an individual; BEVERLY NEYLAND, M.D., an individual; ALBERT CAPANNA, M.D., an individual; VICTOR GRIGORIEV, M.D., an | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

CASE NO. 2:08-cv-00863-RCJ-GWF
CONSOLIDATED WITH:
CASE NO. 2:09-cv-01679-RCJ-GWF

1  individual; LAURA BILODEAU M.D., an individual; STEVEN BECKER, M.D., an
2  individual; THOMAS HUNT, M.D., an individual; CRAIG IWAMOTO, M.D., an
3  individual; DANIEL KIRGAN, M.D., an individual; DEBORAH KUHLS, M.D., an
4  individual; TERRY LEWIS, M.D., an individual; FREDERICK LIPPMANN, M.D.,
5  an individual; DIANNE MAZZU, M.D., an individual; JOHN MCCOURT, M.D., an
6  individual; PAUL STEWART, M.D., an individual; THOMAS VATER, D.O., an
7  individual; MEENA VOHRA, M.D., an individual; CRAIG VOSS, M.D., an individual;
8  DOE Defendants I through X, inclusive; and ROE CORPORATIONS A through Z,
9  inclusive,

10             Defendants.

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Provided all terms of the Settlement Agreement have been met, Plaintiff, RICHARD M. CHUDACOFF, M.D., by and through his counsel of record, JACOB L. HAFTER, ESQ., of Hafter Law, LLC; and Defendants UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, BRUCE L. WOODBURY, TOM COLLINS, CHIP MAXFIELD, LAWRENCE WEEKLY, CHRIS GIUNCHIGLIANI, SUSAN BRAGER, and RORY REID, Clark County Commissioners, ex-officio; STEVE SISOLAK, TOM COLLINS, LARRY BROWN, LAWRENCE WEEKLY, CHRIS GIUNCHIGLIANI, SUSAN BRAGER, and RORY REID, in their ex officio capacity as the Board of Trustees of UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; THE BOARD OF TRUSTEES OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, and KATHLEEN SILVER, by and through their counsel of record, LYNN M. HANSEN, ESQ. of Jimmerson Hansen; Defendants THE MEDICAL AND DENTAL STAFF OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, JOHN ELLERTON, M.D., MARVIN J. BERNSTEIN, M.D., DALE CARRISON, D.O., and DONALD ROBERTS, M.D., by and through their counsel of record, KIM IRENE MANDELBAUM, ESQ. of Mandelbaum Ellerton & Associates; and Defendants PAUL BANDT, M.D.; JIM

CASE NO. 2:08-cv-00863-RCJ-GWF
CONSOLIDATED WITH:
CASE NO. 2:09-cv-01679-RCJ-GWF

1 CHRISTENSEN, M.D.; JOHN FILDES, M.D.; CHARLES BLOOM, M.D.; MARIETTA
2 NELSON, M.D.; KSHAMA DAPHTARY, M.D.; JOHN ONYEMA, M.D.; BEVERLY
3 NEYLAND, M.D.; ALBERT CAPANNA, M.D.; VICTOR GRIGORIEV, M.D.; LAURA
4 BILODEAU, M.D.; MICHAEL CASEY, M.D.; STEVEN BECKER, M.D.; THOMAS HUNT,
5 M.D.; CRAIG IWAMOTO, M.D.; DANIEL KIRGAN, M.D.; DEBORAH KUHLS, M.D.;
6 TERRY LEWIS, M.D.; FREDERICK LIPPMANN, M.D.; DIANNE MAZZU, M.D.; JOHN
7 McCOURT, M.D.; PAUL STEWART, M.D.; THOMAS VATER, M.D.; MEENA VOHRA,
8 M.D. and CRAIG VOSS, M.D. by and through their counsel of record, WALTER CANNON,
9 ESQ. of Olson Cannon Gormley Angulo & Stoberski, and Defendant UNIVERSITY MEDICAL
10 CENTER OF SOUTHERN NEVADA, by and through Counsel SCOTT R. COOK, ESQ., of the
11 law firm Kolesar & Leatham, hereby stipulate and agree to Dismiss the above-entitled action,
12 with Prejudice, each party to bear their own fees and costs incurred herein.
13 DATED this 30th day of December, 2014.

**HAFTER LAW**

By _____
JACOB HAFTER, ESQ.
911 N. Buffalo Drive, Suite 209
Las Vegas, Nevada 89128
Attorneys for Plaintiff

DATED this _____ day of December, 2014.        DATED this _____ day of December, 2014.

**MANDELBAUM ELLERTON & ASSOCIATES**        **JIMMERSON HANSEN**

By _____                     By _____
KIM I. MANDELBAUM, ESQ.                         LYNN M. HANSEN, ESQ.
Nevada Bar No. 000318                           Nevada Bar No. 000244
2012 Hamilton Lane                              415 S. Sixth St., Suite 100
Las Vegas, Nevada 89106                         Las Vegas, Nevada 89101
Attorneys for Defendants                        Attorneys for Defendants
*The Medical and Dental Staff of University*    *University Medical Center of*
*Medical Center, John Ellerton, M.D.;*          *Southern Nevada; The Board of Trustees of*
*Marvin J. Bernstein, M.D.; Dale Carrison,*     *University Medical Center of Southern*
*D.O.; and Donald Roberts, M.D.*                *Nevada and Kathleen Silver*

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

CASE NO. 2:08-cv-00863-RCJ-GWF
CONSOLIDATED WITH:
CASE NO. 2:09-cv-01679-RCJ-GWF

CHRISTENSEN, M.D.; JOHN FILDES, M.D.; CHARLES BLOOM, M.D.; MARIETTA NELSON, M.D.; KSHAMA DAPHTARY, M.D.; JOHN ONYEMA, M.D.; BEVERLY NEYLAND, M.D.; ALBERT CAPANNA, M.D.; VICTOR GRIGORIEV, M.D.; LAURA BILODEAU, M.D.; MICHAEL CASEY, M.D.; STEVEN BECKER, M.D.; THOMAS HUNT, M.D.; CRAIG IWAMOTO, M.D.; DANIEL KIRGAN, M.D.; DEBORAH KUHLS, M.D.; TERRY LEWIS, M.D.; FREDERICK LIPPMANN, M.D.; DIANNE MAZZU, M.D.; JOHN McCOURT, M.D.; PAUL STEWART, M.D.; THOMAS VATER, M.D.; MEENA VOHRA, M.D. and CRAIG VOSS, M.D. by and through their counsel of record, WALTER CANNON, ESQ. of Olson Cannon Gormley Angulo & Stoberski, and Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, by and through Counsel SCOTT R. COOK, ESQ., of the law firm Kolesar & Leatham, hereby stipulate and agree to Dismiss the above-entitled action, with Prejudice, each party to bear their own fees and costs incurred herein.

DATED this 30th day of December, 2014.

**HAFTER LAW**

By _____
JACOB HAFTER, ESQ.
911 N. Buffalo Drive, Suite 209
Las Vegas, Nevada 89128
Attorneys for Plaintiff

DATED this 13 day of ~~December, 2014~~ January, 2015.     DATED this ____ day of December, 2014.

**MANDELBAUM ELLERTON & ASSOCIATES**                         **JIMMERSON HANSEN**

By _____                                   By _____
KIM I. MANDELBAUM, ESQ.                                       LYNN M. HANSEN, ESQ.
Nevada Bar No. 000318                                         Nevada Bar No. 000244
2012 Hamilton Lane                                            415 S. Sixth St., Suite 100
Las Vegas, Nevada 89106                                       Las Vegas, Nevada 89101
Attorneys for Defendants                                      Attorneys for Defendants
*The Medical and Dental Staff of University*                  *University Medical Center of*
*Medical Center, John Ellerton, M.D.;*                        *Southern Nevada; The Board of Trustees of*
*Marvin J. Bernstein, M.D.; Dale Carrison,*                   *University Medical Center of Southern*
*D.O.; and Donald Roberts, M.D.*                              *Nevada and Kathleen Silver*

CASE NO. 2:08-cv-00863-RCJ-GWF
CONSOLIDATED WITH:
CASE NO. 2:09-cv-01679-RCJ-GWF

1  CHRISTENSEN, M.D.; JOHN FILDES, M.D.; CHARLES BLOOM, M.D.; MARIETTA
2  NELSON, M.D.; KSHAMA DAPHTARY, M.D.; JOHN ONYEMA, M.D.; BEVERLY
3  NEYLAND, M.D.; ALBERT CAPANNA, M.D.; VICTOR GRIGORIEV, M.D.; LAURA
4  BILODEAU, M.D.; MICHAEL CASEY, M.D.; STEVEN BECKER, M.D.; THOMAS HUNT,
5  M.D.; CRAIG IWAMOTO, M.D.; DANIEL KIRGAN, M.D.; DEBORAH KUHLS, M.D.;
6  TERRY LEWIS, M.D.; FREDERICK LIPPMANN, M.D.; DIANNE MAZZU, M.D.; JOHN
7  McCOURT, M.D.; PAUL STEWART, M.D.; THOMAS VATER, M.D.; MEENA VOHRA,
8  M.D. and CRAIG VOSS, M.D. by and through their counsel of record, WALTER CANNON,
9  ESQ. of Olson Cannon Gormley Angulo & Stoberski, and Defendant UNIVERSITY MEDICAL
10 CENTER OF SOUTHERN NEVADA, by and through Counsel SCOTT R. COOK, ESQ., of the
11 law firm Kolesar & Leatham, hereby stipulate and agree to Dismiss the above-entitled action,
12 with Prejudice, each party to bear their own fees and costs incurred herein.
13 DATED this 30th day of December, 2014.

**HAFTER LAW**

By _____
JACOB HAFTER, ESQ.
911 N. Buffalo Drive, Suite 209
Las Vegas, Nevada 89128
Attorneys for Plaintiff

DATED this ____ day of December, 2014.          DATED this 12 day of January 2015.

**MANDELBAUM ELLERTON & ASSOCIATES**           **JIMMERSON HANSEN**

By _____                     By _____  /per
KIM I. MANDELBAUM, ESQ.                          LYNN M. HANSEN, ESQ.
Nevada Bar No. 000318                            Nevada Bar No. 000244   #12547
2012 Hamilton Lane                               415 S. Sixth St., Suite 100
Las Vegas, Nevada 89106                          Las Vegas, Nevada 89101
Attorneys for Defendants                         Attorneys for Defendants
*The Medical and Dental Staff of University*     *University Medical Center of*
*Medical Center, John Ellerton, M.D.;*           *Southern Nevada; The Board of Trustees of*
*Marvin J. Bernstein, M.D.; Dale Carrison,*      *University Medical Center of Southern*
*D.O.; and Donald Roberts, M.D.*                 *Nevada and Kathleen Silver*

CASE NO. 2:08-cv-00863-RCJ-GWF
CONSOLIDATED WITH:
CASE NO. 2:09-cv-01679-RCJ-GWF

DATED this 12 day of ~~December, 2014~~ January 2015      DATED this 15th day of December, 2014.

**OLSEN CANNON GORMLEY ANGULO & STOBERSKI**

By: _____
WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
PETER M. ANGULO, ESQ.
Nevada Bar No. 003672
9950 W. Cheyenne Avenue
Las Vegas, NV 89129

Attorneys for Doctor Defendants
*Paul Bandt, Jim Christensen, John Fildes, Charles Bloom, Marietta Nelson, Kshama Daphtary, John Onyema, Beverly Neyland, Albert Capanna, Victor Grigoriev, Laura Bilodeau, Michael Casey, Steven Becker, Thomas Hunt, Craig Iwamoto, Daniel Kirgan, Deborah Kuhls, Terry Lewis, Frederick Lippmann, Dianne Mazzu, John McCourt, Paul Stewart, Thomas Vater Meena Vohra and Craig Voss*

**KOLESAR & LEATHAM**

By: _____
SCOTT R. COOK, ESQ.
Nevada Bar No. 005265
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145

Attorneys for Defendant
*University Medical Center of Southern Nevada
(Excess Carrier)*

**IT IS SO ORDERED.**

DATED: March 6, 2015

_____
**UNITED STATES DISTRICT JUDGE**